IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03120-LTB

JAMES J. GARNER,

    Plaintiff,

v.

UNKNOWN SHERIFF,
DEPUTY MARSHAL,
(4) UNKNOWN DEPUTIES,
UNKNOWN MEDICAL STAFF MEMBERS, and
UNKNOWN WATCH COMMANDER,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 7, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7 day of January, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S. Grimm
                      Deputy Clerk