IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03120-LTB

JAMES J. GARNER,

    Plaintiff,

v.

UNKNOWN SHERIFF,
DEPUTY MARSHAL,
(4) UNKNOWN DEPUTIES,
UNKNOWN MEDICAL STAFF MEMBERS, and
UNKNOWN WATCH COMMANDER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY LEWIS T. BABCOCK, Senior United Judge District Judge

    Plaintiff's MOTION for Objections (ECF No. 13) is **DENIED** for the reasons stated in this Court's Order dated July 28, 2015 and under the doctrine of laches.

    Dated:  August 20, 2015